**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-16766/5002888474

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Diane Lynn Brady<br>      Debtor.<br>_____<br>CitiMortgage, Inc.<br>      Movant,<br>  vs.<br><br>Diane Lynn Brady, Debtor, Russell A. Brown, Trustee.<br><br>      Respondents. | No. 2:08-bk-03220-RTB<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #25) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 28, 2005 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and Diane Lynn Brady has an interest in, further described as:

> Lot 142, of MCAFEE HEIGHTS, according to the plat of record in the office of the County Recorder of
> Maricopa County, Arizona, recorded in Book 141 of Maps, Page 26.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
09-16766 / 5002888474

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Diane Lynn Brady<br><br><br>Debtor. | No. 2:08-bk-03220-RTB<br><br>Chapter 13<br><br>NOTICE OF LODGING ORDER |

CitiMortgage, Inc., its agent, by and through its undersigned attorneys, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

DATED this 27th day of July, 2009.

                                                Respectfully submitted,

                                                TIFFANY & BOSCO, P.A.

                                                BY   /s/ MSB # 010167
                                                          Mark S. Bosco
                                                          Leonard J. McDonald
                                                          Attorneys for Movant